| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jesse Nathaniel LeBaron** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–7345** <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Utah** | | |
| Case number:  **22–24410   JTM** | Chapter 7 | Petition date: 11/8/22 |

# Order of Discharge                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Jesse Nathaniel LeBaron

  2/8/23                                                    **By the court:**  <u>Joel T. Marker</u>
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Utah

In re: Case No. 22-24410-JTM
Jesse Nathaniel LeBaron Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 6
Date Rcvd: Feb 08, 2023     Form ID: 318     Total Noticed: 130

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesse Nathaniel LeBaron, 14263 S Redwood Rd, Bluffdale, UT 84065-5211 |
| 12118608 | + | Aldous and Associates, PLLC, 4625 South 2300 East, Holladay, UT 84117-4583 |
| 12118612 | + | Canyon Park Apartment Homes, 8870 State Street, Sandy, UT 84070-2101 |
| 12118613 | + | Canyon Park Apartments, 8870 State St, Sandy, UT 84070-2101 |
| 12118626 | + | Chase, Po Box 901008, Fort Worth, TX 76101-2008 |
| 12118633 | + | Comcast, Po Box 3427, Bloomington, IL 61702-3427 |
| 12118635 | | Comcast Cable, Po Box 55126, Boston, MA 02205-5126 |
| 12118637 | | CybrCollect, 2612 Jackson Ave W, Oxford, MS 38655-5405 |
| 12118642 | | EPIC, Po Box 734442, Chicago, IL 60673-4442 |
| 12118641 | | EPIC, Po Box 734389, Chicago, IL 60673-4389 |
| 12118643 | | EPIC, Po Box 734656, Chicago, IL 60673-4656 |
| 12118638 | | Em Phys Integrated Care, Po Box 734442, Chicago, IL 60673-4442 |
| 12118639 | + | Em Phys Integrated Care, Po Box 734389, Chicago, IL 60673-4389 |
| 12118649 | + | Gold Gym, Utah County Corporate Office, 1259 South 800 East, Orem, UT 84097-7232 |
| 12118651 | + | HLS of Nevada, LLC, 8825 N 23rd Ave, Suite 100, Phoenix, AZ 85021-4148 |
| 12118659 | + | Intermountain Health Care, Po Box 57510, Salt Lake City, UT 84157-0510 |
| 12118660 | | Intermountain Health Center, Po Box 34578, Seattle, WA 98124-1578 |
| 12118663 | | Intermountain Medical Group, Po Box 34578, Seattle, WA 98124-1578 |
| 12118672 | + | Kroger, Po Box 1259, Oaks, PA 19456-1259 |
| 12118676 | | LB 410400, Intermountain Healthcare, Po Box 35145, Seattle, WA 98124-5145 |
| 12118673 | | Law Offices of Kirk A. Cullimore LLC, Po Box 65655, Salt Lake City, UT 84165-0655 |
| 12118681 | + | Liberty Hill Apartments, 74 East Birch Hill Lane, Draper, UT 84020-3410 |
| 12118684 | | Medical Group, Po Box 27128, Salt Lake City, UT 84127-0128 |
| 12118685 | + | Millwood Management, 162 West 4490 South, Salt Lake City, UT 84107-3269 |
| 12118695 | + | Olson Shaner, Attorneys for N.A.R., Inc., Po Box 3898, Salt Lake City, UT 84110-3898 |
| 12118696 | + | Olson Shaner, Po Box 3898, Salt Lake City, UT 84110-3898 |
| 12118701 | + | Rally Motor Credit, Po Box 271686, Salt Lake City, UT 84127-1686 |
| 12118702 | | Rally Motor Credit, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 12118703 | + | Smith's Food King, Smith's Food & Drug Centers, Inc., 1550 South Redwood Road, Salt Lake City, UT 84104-5105 |
| 12118704 | + | Smiths, 665 West 5300 South, Salt Lake City, UT 84123-5671 |
| 12118712 | | Utah Emergency Physicians, Po Box 734442, Chicago, IL 60673-4442 |
| 12118713 | | Utah Emergency Physicians, Po Box 734656, Chicago, IL 60673-4656 |
| 12118715 | + | Utah Endodontics PLLC, 1268 W South Jordan Parkway, South Jordan, UT 84095-4653 |
| 12118714 | + | Utah Endodontics PLLC, 1268 W South Jordan Parkway Suite 102, South Jordan, UT 84095-4653 |
| 12128203 | + | Utah First Federal Credit Union, c/o Darwin H. Bingham, Scalley Reading, 15 West South Temple, Suite 600, Salt Lake City, Utah 84101-1536 |
| 12118721 | + | Utah Radiology Billing, 1034 North 500 West, Provo, UT 84604-3380 |
| 12118723 | + | Vasa Corporate Office, 1259 South 800 East, Orem, UT 84097-7232 |
| 12118724 | + | Vasa Fitness Taylorsville, 5345 S 4015 W, Salt Lake City, UT 84129-4339 |
| 12118736 | ++ | ZIONS FIRST NATIONAL BANK, LEGAL SERVICES UT ZB11 0877, P O BOX 30709, SALT LAKE CITY UT 84130-0709 address filed with court:, Zions Bank, 225 South Main, Pleasant Grove, UT 84062-2632 |
| 12118729 | + | Zions Bancorporation, N.A., 1 South Main Street, 11th Floor, Salt Lake City, UT 84133-1113 |
| 12118728 | + | Zions Bancorporation, N.A., Legal Services Department, Attn: David M. McGrath, 1 South Main Street, 11th Floor, Salt Lake City, UT 84133-1113 |
| 12118727 | + | Zions Bancorporation, N.A., One South Main Suite 1100, Salt Lake City, UT 84133-1110 |

Case 22-24410    Doc 18    Filed 02/10/23    Entered 02/10/23 22:22:39    Desc Imaged
                            Certificate of Notice    Page 4 of 8

| District/off: 1088-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 318 | Total Noticed: 130 |

| | | |
|---|---|---|
| 12118737 | + | Zions Bank, One South Main Street, Salt Lake City, UT 84133-1107 |
| 12118734 | + | Zions Bank, 5525 S 900 E Ste 235, Salt Lake City, UT 84117-3517 |
| 12118735 | + | Zions Bank, 310 South Main Street, Salt Lake City, UT 84101-2142 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12118607 | ^ | MEBN | Feb 08 2023 23:18:15 | Aldous and Associates, PLLC, Attn: Bankruptcy, Po Box 171374, Holladay, UT 84117-1374 |
| 12118606 | ^ | MEBN | Feb 08 2023 23:18:14 | Aldous and Associates, PLLC, Po Box 171374, Holladay, UT 84117-1374 |
| 12118609 | + | Email/Text: bureauknight@yahoo.com | Feb 08 2023 23:19:00 | Bryan L. Quick, 5525 South 900 East Suite 215, Salt Lake City, UT 84117-3500 |
| 12118614 | + | EDI: CCS.COM | Feb 09 2023 04:19:00 | CCS, Po Box 779, Needham Heights, MA 02494-0006 |
| 12118615 | | EDI: CCS.COM | Feb 09 2023 04:19:00 | CCS, Po Box 55126, Boston, MA 02205-5126 |
| 12118616 | | EDI: CCS.COM | Feb 09 2023 04:19:00 | CCS, Po Box 9135, Needham Heights, MA 02494-9135 |
| 12118617 | + | EDI: CCS.COM | Feb 09 2023 04:19:00 | CCS, 725 Canton Street, Norwood, MA 02062-2679 |
| 12118631 | | EDI: COMCASTCBLCENT | Feb 09 2023 04:19:00 | Comcast, Po Box 60533, City of Industry, CA 91716-0533 |
| 12118634 | | EDI: COMCASTCBLCENT | Feb 09 2023 04:19:00 | Comcast, Po Box 4500, Allen, TX 75013-1311 |
| 12118630 | | EDI: COMCASTCBLCENT | Feb 09 2023 04:19:00 | Comcast, Po Box 34227, Seattle, WA 98124-1227 |
| 12118632 | | EDI: COMCASTCBLCENT | Feb 09 2023 04:19:00 | Comcast, Po Box 34744, Seattle, WA 98124-1744 |
| 12118629 | + | EDI: COMCASTCBLCENT | Feb 09 2023 04:19:00 | Comcast, 9602 South 300 West Suite A, Sandy, UT 84070-3336 |
| 12118640 | | Email/Text: wendy@mountainlandcollections.com | Feb 08 2023 23:20:00 | EPIC, C/o Mountain Land Collections, Inc., Po Box 1280, American Fork, UT 84003-6280 |
| 12118646 | + | Email/Text: bknotice@ercbpo.com | Feb 08 2023 23:20:00 | ERC, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 12118645 | + | Email/Text: bknotice@ercbpo.com | Feb 08 2023 23:20:00 | ERC, Po Box 57610, Jacksonville, FL 32241-7610 |
| 12118644 | | Email/Text: bknotice@ercbpo.com | Feb 08 2023 23:20:00 | ERC, Po Box 23870, Jacksonville, FL 32241-3870 |
| 12118647 | + | Email/Text: bknotice@ercbpo.com | Feb 08 2023 23:20:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 12118648 | + | Email/Text: bankruptcy@expressrecovery.com | Feb 08 2023 23:19:00 | Express Recovery Services, Inc, Po Box 26415, Salt Lake City, UT 84126-0415 |
| 12118650 | | Email/Text: bankruptcy@nevadawestfinancial.com | Feb 08 2023 23:19:00 | HLS of Nevada, LLC, 7625 Dean Martin Dr, Las Vegas, NV 89139 |
| 12118652 | | Email/Text: bankruptcy@nevadawestfinancial.com | Feb 08 2023 23:19:00 | HLS of Nevada, LLC, 7625 Dean Martin Drive Suite 101, Las Vegas, NV 89139 |
| 12118654 | | Email/Text: bankruptcy@nevadawestfinancial.com | Feb 08 2023 23:19:00 | HLS of Nevada/Right Size Funding, 6767 W Tropicana Ave, Las Vegas, NV 89103 |
| 12118653 | | Email/Text: bankruptcy@nevadawestfinancial.com | Feb 08 2023 23:19:00 | HLS of Nevada/Right Size Funding, Attn: Bankruptcy/Compliance Dept, 7625 Dean Martin Dr, Las Vegas, NV 89139 |
| 12118657 | | EDI: LCIICSYSTEM | Feb 09 2023 04:19:00 | IC System Inc., Po Box 64437, Saint Paul, MN 55164-0437 |

Case 22-24410  Doc 18  Filed 02/10/23  Entered 02/10/23 22:22:39  Desc Imaged
Certificate of Notice   Page 5 of 8

| District/off: 1088-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 318 | Total Noticed: 130 |

| Record | Flag | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 12118656 | + | EDI: LCIICSYSTEM | Feb 09 2023 04:19:00 | IC System Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 12118655 | + | EDI: LCIICSYSTEM | Feb 09 2023 04:19:00 | IC System Inc., 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 12118658 | + | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Feb 08 2023 23:19:00 | Intermountain Health Care, Po Box 30191, Salt Lake City, UT 84130-0191 |
| 12118661 | | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Feb 08 2023 23:19:00 | Intermountain Healthcare, Po Box 27808, Salt Lake City, UT 84127-0808 |
| 12118662 | | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Feb 08 2023 23:19:00 | Intermountain Healthcare, Medical Group, Po Box 27128, Salt Lake City, UT 84127-0128 |
| 12118664 | | EDI: IRS.COM | Feb 09 2023 04:19:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |
| 12143609 | | Email/Text: jdukeedwards@gmail.com | Feb 08 2023 23:19:00 | Barnes Financial Services, J. Duke Edwards, 4625 South 2300 East Ste 110, Salt Lake City, UT 84117-4581 |
| 12118619 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | Chase, Po Box 1093, Northridge, CA 91328 |
| 12118620 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | Chase, Po Box 15548, Wilmington, DE 19886-5548 |
| 12118618 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | Chase, Po Box 182223, Columbus, OH 43218 |
| 12118623 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | Chase, Po Box 36520, Louisville, KY 40233 |
| 12118625 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | Chase, Po Box 469030, Denver, CO 80246 |
| 12118621 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | Chase, Po Box 660022, Dallas, TX 75266-0022 |
| 12118622 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | Chase, Po Box 78420, Phoenix, AZ 85062-8420 |
| 12118624 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | Chase, Po Box 9180, Pleasanton, CA 94566 |
| 12118628 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 12118627 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 12118665 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | JPMCB, Po Box 15369, Wilmington, DE 19850 |
| 12118666 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, Columbus, OH 43219 |
| 12118667 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | JPMorgan Chase Bank, N.A., Cardmember Services, Po Box 15548, Wilmington, DE 19886-5548 |
| 12118669 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Dept., Po Box 29505, Phoenix, AZ 85038-9505 |
| 12118668 | | EDI: JPMORGANCHASE | Feb 09 2023 04:19:00 | JPMorgan Chase Bank, N.A., Po Box 4475, Carol Stream, IL 60197-4475 |
| 12147445 | + | Email/Text: RASEBN@raslg.com | Feb 08 2023 23:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 12118610 | | Email/Text: bureauknight@yahoo.com | Feb 08 2023 23:19:00 | Bryan L. Quick, 5525 South 900 East Suite 235, Salt Lake City, UT 84117 |
| 12118611 | | Email/Text: bureauknight@yahoo.com | Feb 08 2023 23:19:00 | Bryan L. Quick, Attorney at Law, 5525 South 900 East Suite 235, Salt Lake City, UT 84117 |
| 12118671 | + | Email/Text: bureauknight@yahoo.com | Feb 08 2023 23:19:00 | Knight Adjustment Bureau, Attn: Bankruptcy, 5525 South 900 East Suite 215, Salt Lake City, UT |

Case 22-24410  Doc 18  Filed 02/10/23  Entered 02/10/23 22:22:39  Desc Imaged
Certificate of Notice  Page 6 of 8

| District/off: 1088-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 318 | Total Noticed: 130 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 12118670 | + | Email/Text: bureauknight@yahoo.com | Feb 08 2023 23:19:00 | Knight Adjustment Bureau, 5525 South 900 East Suite 215, Salt Lake City, UT 84117-3500 |
| 12118674 | + | Email/Text: Bankruptcies@cullimore.net | Feb 08 2023 23:20:00 | Law Offices of Kirk A. Cullimore LLC, 12339 S 800 E Ste 100, Draper, UT 84020-8373 |
| 12118675 | + | Email/Text: wendy@mountainlandcollections.com | Feb 08 2023 23:20:00 | Law Offices of Quinn M. Kofford, P.C., Po Box 1425, American Fork, UT 84003-6425 |
| 12118682 | + | Email/Text: legal@liftcredit.com | Feb 08 2023 23:20:00 | Lift Credit, 3214 N University Ave #601, Provo, UT 84604-4405 |
| 12118686 | + | Email/Text: m4u@mny4you.com | Feb 08 2023 23:20:00 | Money 4 You, 1858 W 5150 S Suite #503, Roy, UT 84067-3063 |
| 12118688 | + | Email/Text: m4u@mny4you.com | Feb 08 2023 23:20:00 | Money 4 You, 1858 W 5150 S Suite #507, Roy, UT 84067-3063 |
| 12118689 | + | Email/Text: m4u@mny4you.com | Feb 08 2023 23:20:00 | Money 4 You, 2630 W 3500 S Suite 503, Salt Lake City, UT 84119-3112 |
| 12118687 | + | Email/Text: m4u@mny4you.com | Feb 08 2023 23:20:00 | Money 4 You, 4663 West 6200 South #B, Salt Lake City, UT 84118-4502 |
| 12118690 | + | Email/Text: wendy@mountainlandcollections.com | Feb 08 2023 23:20:00 | Mountain Land Collections, Inc., Attn: Bankruptcy, Po Box 1280, American Fork, UT 84003-6280 |
| 12143645 | + | Email/Text: bkclerk@north-american-recovery.com | Feb 08 2023 23:20:00 | N.A.R., Inc., 1600 W 2200 S, Ste 410, West Valley City, U.T. 84119-7240 |
| 12141655 | + | EDI: NFCU.COM | Feb 09 2023 04:19:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 12118693 | + | Email/Text: bkclerk@north-american-recovery.com | Feb 08 2023 23:20:00 | North American Recovery, Attn: Bankruptcy, Po Box 271014, Salt Lake City, UT 84127-1014 |
| 12118692 | + | Email/Text: bkclerk@north-american-recovery.com | Feb 08 2023 23:20:00 | North American Recovery, 1600 West 2200 South, West Valley City, UT 84119-7240 |
| 12118691 | + | Email/Text: bkclerk@north-american-recovery.com | Feb 08 2023 23:20:00 | North American Recovery, Nar, Inc., Po Box 271014, Salt Lake City, UT 84127-1014 |
| 12118694 | | Email/Text: bankruptcy@oreillyauto.com | Feb 08 2023 23:19:00 | O'Reilly Auto Parts, 233 South Patterson Avenue, Springfield, MO 65802-2298 |
| 12118636 | | Email/Text: bankruptcy@payliance.com | Feb 08 2023 23:19:00 | CybrCollect, 3 Easton Oval, Suite 210, Columbus, OH 43219 |
| 12118698 | + | Email/Text: bankruptcy@gopfs.com | Feb 08 2023 23:20:00 | Prestige Financial, Po Box 26707, Salt Lake City, UT 84126-0707 |
| 12118699 | ^ | MEBN | Feb 08 2023 23:17:09 | Prestige Financial Services, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 12118677 | | Email/Text: bankruptcy@qcholdings.com | Feb 08 2023 23:19:00 | Lend Nation, 1200 W Kearney St, Springfield, MO 65803-1240 |
| 12118678 | | Email/Text: bankruptcy@qcholdings.com | Feb 08 2023 23:19:00 | Lend Nation, 1806 W 12600 S, Riverton, UT 84065 |
| 12118700 | + | Email/Text: wendy@mountainlandcollections.com | Feb 08 2023 23:20:00 | Quinn M. Kofford, Po Box 1425, American Fork, UT 84003-6425 |
| 12118705 | | Email/Text: bankruptcy@expressrecovery.com | Feb 08 2023 23:19:00 | The Law Office of Edwin B. Parry, Po Box 25727, Salt Lake City, UT 84125-0727 |
| 12118706 | + | Email/Text: bknotices@lac77.com | Feb 08 2023 23:19:00 | Titanium Funds LLC, 3081 S State St Fl 2, South Salt Lake, UT 84115-3832 |
| 12118707 | + | Email/Text: bknotices@lac77.com | Feb 08 2023 23:19:00 | Titanium Funds LLC, 1265 South State Street, Clearfield, UT 84015-1602 |
| 12118708 | + | Email/Text: bknotices@lac77.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 08 2023 23:19:00 | Titanium Funds LLC, 1055 South 700 West, Salt Lake City, UT 84104-1504 |
| 12118709 | + | Email/Text: bknotices@lac77.com | Feb 08 2023 23:19:00 | Titanium Funds LLC, 3081 State St 2nd Floor, Salt Lake City, UT 84115-3832 |
| 12118711 | + | Email/Text: bknotices@lac77.com | Feb 08 2023 23:19:00 | Titanium Funds, LLC, Attn: Bankruptcy, 3081 State St 2nd Floor, South Sat Lake, UT 84115-3832 |
| 12118710 | + | Email/Text: bknotices@lac77.com | Feb 08 2023 23:19:00 | Titanium Funds, LLC, 3081 S State Street, Salt Lake City, UT 84115-3832 |
| 12118717 | + | Email/Text: jjensen@utahfirst.com | Feb 08 2023 23:20:00 | Utah First Credit Union, 222 E South Temple, Salt Lake City, UT 84111-1205 |
| 12118716 | + | Email/Text: jjensen@utahfirst.com | Feb 08 2023 23:20:00 | Utah First Credit Union, 6935 S 900 E, Midvale, UT 84047-1703 |
| 12118720 | + | Email/Text: jjensen@utahfirst.com | Feb 08 2023 23:20:00 | Utah First Federal Credit Union, 208 E 800 S, Salt Lake City, UT 84111-3812 |
| 12118718 | + | Email/Text: jjensen@utahfirst.com | Feb 08 2023 23:20:00 | Utah First Federal Credit Union, 200 E South Temple, Salt Lake City, UT 84111-1348 |
| 12118719 | + | Email/Text: jjensen@utahfirst.com | Feb 08 2023 23:20:00 | Utah First Federal Credit Union, Attn: Bankruptcy Dept., Po Box 2197, Salt Lake City, UT 84110-2197 |
| 12118722 | + | EDI: UTAHTAXCOMM.COM | Feb 09 2023 04:19:00 | Utah State Tax Commission, Taxpayer Services Division, Attention: Michelle Riggs, 210 North 1950 West, Salt Lake City, UT 84134-9000 |
| 12118726 | ^ | MEBN | Feb 08 2023 23:17:52 | Waypoint Resource Group, Attn: Bankruptcy, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |
| 12118725 | ^ | MEBN | Feb 08 2023 23:18:15 | Waypoint Resource Group, Po Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 85

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12118679 | | Lend Nation, 828 Melrose Drive, RETURNED MAIL--99999 |
| 12118680 | | Liberty Hill, 495 East Hawthorne Hill Lane, RETURNED MAIL--99999 |
| 12118697 | | PDQ Check Exchange LC, Mr Money, Money4U, 1858 W 5150 S Suite #503, RETURNED MAIL--99999 |
| 12118683 | *+ | Lift Credit, LLC, 3214 N University Ave. #601, Provo, UT 84604-4405 |
| 12118733 | *P++ | ZIONS FIRST NATIONAL BANK, LEGAL SERVICES UT ZB11 0877, P O BOX 30709, SALT LAKE CITY UT 84130-0709, address filed with court:, Zions Bank, Po Box 1507, Salt Lake City, UT 84110 |
| 12118732 | *P++ | ZIONS FIRST NATIONAL BANK, LEGAL SERVICES UT ZB11 0877, P O BOX 30709, SALT LAKE CITY UT 84130-0709, address filed with court:, Zions Bank, Po Box 26424, Salt Lake City, UT 84126 |
| 12118731 | *P++ | ZIONS FIRST NATIONAL BANK, LEGAL SERVICES UT ZB11 0877, P O BOX 30709, SALT LAKE CITY UT 84130-0709, address filed with court:, Zions Bank, Po Box 30709, Salt Lake City, UT 84130 |
| 12118730 | *P++ | ZIONS FIRST NATIONAL BANK, LEGAL SERVICES UT ZB11 0877, P O BOX 30709, SALT LAKE CITY UT 84130-0709, address filed with court:, Zions Bank, Po Box 30833, Salt Lake City, UT 84130-0833 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | | |
|---|---|---|---|
| District/off: 1088-2 | User: admin | | Page 6 of 6 |
| Date Rcvd: Feb 08, 2023 | Form ID: 318 | | Total Noticed: 130 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023　　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Darwin H. Bingham | on behalf of Creditor Utah First Federal Credit Union dbingham@scalleyreading.net cat@scalleyreading.net |
| Laura Ferrin | on behalf of Debtor Jesse Nathaniel LeBaron laura@lauraferrinlaw.com ecfnotices@outlook.com;ferrinlr77913@notify.bestcase.com |
| Michael F. Thomson | thomsonm@gtlaw.com stuverm@gtlaw.com;ut17@ecfcbis.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4